IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL MOSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 07-cv-690-WDS |
| ) | |
| HEALTH CARE ADMINISTRATOR, *et al.*, ) ) ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

This matter is before the Court on Plaintiff's motion requesting opportunity to review filed documents in this case (Doc. 14). On October 9, 2007, the Court issued its Order dismissing Plaintiff's complaint pursuant to 28 U.S.C. § 1915A (Docs. 12 and 13). It's unclear exactly what Plaintiff is requesting in this motion, but it appears that Plaintiff wants a copy of all of the pleadings filed in his case. The Court's file consists of 15 docket entries and some of these entries involve pleadings that are several pages long. The Court notes, too, that Plaintiff is no longer incarcerated and is free to inspect the his case file at the Courthouse during normal business hours. Given the extent of the Plaintiff's copying request - and noting that Plaintiff has not filed a notice of appeal in this matter - Plaintiff's motion to review filed documents in this case (Doc. 14) is **DENIED**.

**IT IS SO ORDERED**.

DATED: March 6, 2008.

s/ WILLIAM D. STIEHL
DISTRICT JUDGE